## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

A.W., a minor, through his parent and next
friend, and LEE WISE                                                              PLAINTIFFS

v.                                    No. 4:24-cv-1106-DPM

FASEEIA PRESTON, individually and in
her official capacity as a State of Arkansas
employee; and ARKANSAS
DEPARTMENT OF HEALTH                                                     DEFENDANTS

## ORDER

The motion, *Doc. 47*, is granted with directions. Lee Wise can proceed *pro se* on his own claims. He cannot, though, on A.W.'s behalf. 28 U.S.C. § 1654. He isn't a lawyer.

The Court directs Shackelford and McGinnes to provide a copy of their motion and this Order to Lee Wise. When that is done, they should file a notice on the docket. The notice must also include Lee Wise's mailing address, phone number, and email address (if he has one). Notice due by 17 February 2026.

Lee Wise has until 19 March 2026 to file a notice with the Court about how he wants to proceed. Does he intend to hire a new lawyer to represent him and A.W.? If not, the Court must dismiss A.W.'s claims without prejudice. In that case, would he like the Court to dismiss his claims without prejudice, too? If Lee Wise fails to file his

notice by March 19th, the Court will dismiss without prejudice all remaining claims for failure to prosecute. LOCAL RULE 5.5(c)(2). Until Lee Wise's notice is filed, this case is stayed.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 February 2026

-2-