IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

A.W., a minor, through his parent and next
friend, and LEE WISE                                                    PLAINTIFFS

v.                                       No. 4:24-cv-1106-DPM

FASEEIA PRESTON, individually and in
her official capacity as a State of Arkansas
employee;  and ARKANSAS
DEPARTMENT OF HEALTH                                          DEFENDANTS

## ORDER

Notice, *Doc. 49*, appreciated.  The Court directs the Clerk to update Lee Wise's address on the docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2026