## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

A.W., a minor, through his parent and next
friend, and LEE WISE                                                    PLAINTIFFS

v.                                    No. 4:24-cv-1106-DPM

FASEEIA PRESTON, individually and in
her official capacity as a State of Arkansas
employee; and ARKANSAS
DEPARTMENT OF HEALTH                                                    DEFENDANTS

## ORDER

The Court directed Lee Wise to file a notice with information necessary to keep this case moving forward by 19 March 2026. *Doc. 48.* He did not do so. All claims against Preston and the Arkansas Department of Health will therefore be dismissed without prejudice. LOCAL RULE 5.5(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2026