IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

A.W., a minor, through his parent and next
friend, and LEE WISE                                            PLAINTIFFS

v.                              No. 4:24-cv-1106-DPM

PINE BLUFF SCHOOL DISTRICT;
JENNIFER BARBAREE, individually and
in her official capacity as Superintendent;
TIMOTHY SCOTT, individually and in
his official capacity as Principal of
Broadmoor Elementary School;  ANDREA
WRIGHT, individually and in her official
capacity as an employee of Broadmoor
Elementary School;  MONICA NORFUL,
individually and in her official capacity as
an employee of Broadmoor Elementary
School;  FASEEIA PRESTON,
individually and in her official capacity as
a State of Arkansas employee;  and
ARKANSAS DEPARTMENT OF
HEALTH                                                          DEFENDANTS

## JUDGMENT

Lee Wise's and A.W.'s claims against the Pine Bluff School
District, Jennifer Barbaree, Timothy Scott, Andrea Wright, and Monica
Norful are dismissed with prejudice.  Their claims against Faseeia
Preston and the Arkansas Department of Health are dismissed without
prejudice.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*20 March 2026*